No. 25,597.

HELEN M. HATTLEY, *Appellee,* v. THOMAS C. HATTLEY, *Appellant.*

SYLLABUS BY THE COURT.

DIVORCE—*Disposition of Property—Discretion of Court.* The abstracts in this action do not show any abuse of discretion by the trial court in the division of property between a wife and her husband on granting a divorce to the wife.

Appeal from Wyandotte district court, division No. 3; WILLIAM H. Mc-CAMISH, judge. Opinion filed July 11, 1925. Affirmed.

*Charles E. Thompson,* of Kansas City, for the appellant.
*Henry E. Dean,* of Kansas City, for the appellee.

The opinion of the court was delivered by

MARSHALL, J.: The defendant appeals from an award of alimony to the plaintiff in a judgment granting a divorce to her.

The complaint is that the division of property was unjust. Abstracts have been furnished by both the plaintiff and the defendant. A careful reading of those abstracts does not show that there was any abuse of discretion in the amount of alimony awarded to the plaintiff. No other reason is advanced for reversing the judgment, and it is affirmed.

Divorce, 19 C. J. § 760.